KEVIN E. HELM (NBN: 3432)
KevinH@helmandassociates.net
HELM & ASSOCIATES
2330 Paseo Del Prado, Suite C103
Las Vegas, NV 89102
Telephone:   (702) 258-0022
Facsimile:    (702) 258-0114

JEFFREY N. LABOVITCH (NBN: 10915)
jlabovitch@nicolaidesllp.com
NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP
4365 Executive Drive, Suite 950
San Diego, CA 92121
Telephone:   (858) 257-0703
Facsimile:    (858) 257-0701

ADAM J. KAISER
Adam.Kaiser@alston.com
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
Telephone:   (212) 210-9400
Facsimile:    (212) 210-9444

Attorneys for Respondent
AMERICAN HOME ASSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PECCOLE-NEVADA CORPORATION, a Nevada corporation; QUEENSRIDGE HIGHRISE, LLC, a dissolved Nevada LLC;<br><br>          Plaintiffs,<br><br>v.<br><br>AMERICAN HOME ASSURANCE COMPANY, a foreign insurer; DOES I-X, inclusive; ROES XI-XX, inclusive.<br><br>          Respondents. | Case No. 2:18-cv-00791-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME  FOR RESPONDENT AMERICAN HOME ASSURANCE COMPANY TO FILE A REPLY IN SUPPORT OF  RESPONDENT'S MOTION TO TRANSFER  TO THE SOUTHERN DISTRICT OF NEW YORK OR, IN THE ALTERNATIVE, TO  STAY THIS ACTION PENDING RESOLUTION OF A MORE COMPLETE ACTION PENDING IN NEW YORK**<br><br>**(First Request)** |

**STIPULATION FOR EXTENSION OF TIME TO FILE OPPOSITION**

Plaintiffs Peccole-Nevada Corporation and Queensridge Highrise, LLC (collectively, "Plaintiffs") and Respondent American Home Assurance Company ("American Home" and together with Plaintiffs the "Parties"), by and through their counsel, respectfully submit the following Stipulation to allow American Home until on or before June 29, 2018 to file a reply in support of Respondent's Motion to Transfer to the Southern Distirct of New York or in the alternative to Stay this Action Pending Resolution of a More Complete Action Pending in New York ("Motion to Transfer").

1. On May 25, 2018, American Home filed a Motion to Transfer (ECF No. 16) and served a copy thereof on Plaintiffs.

2. On June 8, 2018, Plaintiffs filed a Response to Respondent's Motion to Transfer (ECF No. 20) and served a copy thereof on American Home.

3. American Home's deadline to reply is June 15, 2018.

4. This is the first stipulation for extension of time to file a Reply to Plaintiffs' Response to Respondent's Motion to Transfer (ECF No. 20).

///
///
///
///
///
///
///
///
///
///
///
///

5.     Good cause for the stipulation exists. The Parties have entered into so-ordered stipulations providing for reciprocal extensions of time in multiple related actions currently pending in Nevada and New York for similar motions to allow for consistency in their arguments. The Parties respectfully request the extension in this action in order to ensure that the Court receive a full and accurate briefing of the motion before it.

IT IS SO STIPULATED.

DATED this 14th day of June, 2018                    DATED this 14th day of June, 2018


MORALES FIERRO & REEVES                    HELM & ASSOCIATES


 _/s/ Michael C. Mills_____          _____/s/ Kevin E. Helm_____
  Michael C. Mills (NBN: 3534)                    Kevin E. Helm (NBN: 3432)

BAUMAN LOEWE WITT & MAXWELL,          HELM & ASSOCIATES
PLLC                                        2330 Paseo Del Prado, Suite C103
3650 N. Rancho Dr., Ste 114                Las Vegas, NV 89102
Las Vegas, NV 89130                        Telephone:   (702) 258-0022
Telephone:   (702) 240-6060                Facsimile:   (702) 258-0114
Facsimile:    (702) 240-4267               KevinH@helmandassociates.net

Attorneys for Plaintiffs
Peccole-Nevada Corporation and            Attorneys for Respondent
Queensridge Highrise, LLC                  American Home



         **IT IS SO ORDERED.**

                                        _____
                                        UNITED STATES DISTRICT JUDGE


                                              June 15, 2018
                                        DATED: _____

                                        CASE NO:  2:18-cv-00791