RAMIRO MORALES, #7101
rmorales@mfrlegal.com
MARC J. DEREWETZKY, #6619
mderewetzky@mfrlegal.com
MORALES FIERRO & REEVES
600 S. Tonopah Dr., Suite 300
Las Vegas, NV 89106
Telephone: (702) 699-7822
Facsimile: (702) 699-9455

Attorneys for Plaintiffs/Defendant QT MANAGEMENT;
IDB GROUP USA INVESTMENTS;
and QUEENSRIDGE TOWERS, LLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PECCOLE-NEVADA CORPORATION, et al., | CASE NO.: 2:18-CV-00791-JCM-VCF |
| Plaintiffs, | (Consolidated with) |
| vs. | CASE NO.: 2:18-CV-00832-APG-GWF<br>CASE NO.: 2:18-CV-00856-GMN-CWH |
| AMERICAN HOME ASSURANCE COMPANY, | **STIPULATION FOR EXTENSION OF TIME TO FILE OPPOSITION TO AHAC'S MOTION TO TRANSFER TO THE SOUTHERN DISTRICT OF NEW YORK, ETC.** |
| Defendant. | |
| AND CONSOLIDATED ACTIONS. | |

In this recently consolidated action, Plaintiffs QT Management and IDB Group USA Investments (collectively, "Plaintiffs") and Respondents American Home Assurance Company ("American Home" and together with Plaintiffs the "Parties"), by and through their counsel, respectfully submit the following Stipulation to allow Plaintiffs until on or before July 16, 2018 to file a Response to American Home's Motion to Transfer to the Southern District of New York or, in the Alternative, to Stay this Action Pending Resolution of a More Complete Action Pending in New York, that was filed on June 22, 2018. American Home shall reply to Plaintiffs' Response within fourteen (14) days after service of the response.

The stipulation is made based on the following facts:

1.     On June 22, 2018, American Home filed a Motion to Transfer to the Southern

District of New York or, in the Alternative, to Stay this Action Pending Resolution of a More Complete Action Pending in New York (ECF No. 30) and served a copy thereof on Plaintiffs.

2.     Plaintiffs' deadline to respond to American Home's Motion to transfer is July 6, 2018.  However, Plaintiffs' counsel will be on a prepaid vacation out of the country from June 30, 2018 through July 9, 2018 and, therefore, will not have sufficient time to prepare a Response before the current deadline. Plaintiffs therefore request an extension of time to file their Response through July 16, 2018.

3.     This is the first stipulation for extension of time for Plaintiffs to file a Response to American Home's Motion to Transfer.

4.     Good cause for the stipulation exists. The Parties have entered into so-ordered stipulations providing for reciprocal extensions of time in multiple related actions currently pending in Nevada and New York for similar motions to allow for consistency in their arguments. The Parties respectfully request the extension in this action in order to ensure that the Court receives a full and accurate briefing of the motion before it.

IT IS SO STIPULATED.

DATED this 27th day of June 2018

MORALES FIERRO & REEVES

By:  /s/ Marc J. Derewetzky
_____
     Marc J. Derewetzky (NBN: 6619)
     600 So. Tonopah Drive, Suite 300
     Las Vegas, NV 89106
     mderewetzky@mfrlegal.com

     Attorneys for Plaintiffs/Defendant
     QT MANAGEMENT; IDB GROUP
     USA INVESTMENTS; and
     QUEENSRIDGE TOWERS, LLC

DATED this 27th day of June 2018

HELM & ASSOCIATES

By:  /s/ Kevin E. Helm
_____
     Kevin E. Helm (NBN: 3432)
     2330 Paseo Del Prado, Suite C103
     Las Vegas, NV 89102
     KevinH@helmandassociates.net

     Attorneys for Respondent/ Defendant
     AMERICAN HOME ASSURANCE
     COMPANY

IT IS SO ORDERED:

_Kevin C. Mahan_
_____
UNITED STATES DISTRICT JUDGE

DATED:  June 29, 2018
        _____