1  Will Kemp, Esq. (#1205)
a.hayslett@kempjones.com
2  Nathanael R. Rulis, Esq. (#11259)
n.rulis@kempjones.com
3  KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway, 17th Floor
4  Las Vegas, Nevada 89169
Telephone: (702) 385-6000
5  Fax: (702) 385-6001
6  *Attorneys for Executive Home Builders Inc.,*
*Executive Homes Inc., and EHB Companies LLC*
7

8  ## UNITED STATES DISTRICT COURT

9  ## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| 10  PECCOLE-NEVADA CORPORATION, *et al*., | Case No. 2:18-cv-00791-JCM-VCF |
| 11  Plaintiffs, | **STIPULATION FOR EXTENSION OF TIME TO FILE REPLY TO MOTION FOR REMAND** |
| 12  vs. | |
| 13  AMERICAN HOME ASSURANCE COMPANY, | |
| 14  | (consolidated with) |
| 15  Defendant. | |
| 16  QT MANAGEMENT, *et al*., | Case No. 2:18-cv-00832-APG-GWF |
| 17  Plaintiffs, | |
| 18  vs. | |
| 19  AMERICAN HOME ASSURANCE COMPANY, | |
| 20  | |
| 21  Defendant. | |
| 22  EXECUTIVE HOME BUILDERS INC., *et al.*, | Case No. 2:18-cv-00856-GMN-CWH |
| 23  Plaintiffs, | |
| 24  vs. | |
| 25  AMERICAN HOME ASSURANCE COMPANY; *et al.*, | |
| 26  | |
| 27  Defendants. | |

28  Plaintiffs Executive Home Builders Inc., Executive Homes, Inc., and EHB Companies, LLC

**KEMP, JONES & COULTHARD, LLP**
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Tel. (702) 385-6000 • Fax: (702) 385-6001
kjc@kempjones.com

KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Tel. (702) 385-6000 • Fax: (702) 385-6001
kjc@kempjones.com

(collectively, the "EHB Entities") and Defendant American Home Assurance Company ("AHAC"), by and through their respective counsel, hereby stipulate as follows:

1.      On June 7, 2018, the EHB Entities filed Motion for Remand in Case No. 2:18-cv-00856-GMN-CWH (the "EHB Action") (Dkt. No. 14).

2.      On June 20, 2018, this Court issued an Order Consolidating Cases consolidating all three of the above-captioned actions (Dkt. No. 25).

3.      On June 21, 2018, AHAC filed an Opposition to the EHB Entities' Motion for Remand (Dkt. No. 26).

4.      The docket currently reflects June 28, 2018 as the date by which the EHB Entities are to file a reply in support of the Motion for Remand.  Counsel for the EHB Entities will be out of the office on June 28, 2018 and has, therefore, requested an extension of time to file the Reply to the Motion for Remand.  This is the first extension of time for the EHB Entities to file a Reply.

**NOW, THEREFORE,** it is hereby agreed by counsel for the undersigned parties, subject to the approval of the Court, that the EHB Entities shall file any Reply to the Motion for Remand on or before **July 2, 2018**.

[*Signatures on following page*]

-2-

1

2    IT IS SO STIPULATED.

3    DATED this   27th   day of June, 2018          DATED this   27th   day of June, 2018

4
     HELM & ASSOCIATES                              KEMP, JONES & COULTHARD, LLP
5

6        */s/ Kevin Helm*                              */s/ Nathanael Rulis*
     Kevin E. Helm, Esq. (#3432)                    Will Kemp, Esq. (#1205)
7    2330 Paseo Del Prado, Suite C103               Nathanael R. Rulis, Esq., (#11259)
8    Las Vegas, NV 89102                            3800 Howard Hughes Parkway, 17th Floor
     (702) 258-0022                                 Las Vegas, NV 89169
9    KevinH@helmandassociates.net                   (702) 385-6000
10   *Attorneys for*                                n.rulis@kempjones.com
     *American Home Assurance Company*              *Attorneys for Respondents*
11                                                  *Executive Home Builders, Inc., Executive*
                                                    *Homes, Inc., and EHB Companies, LLC*
12

13

14
     DATED June 29, 2018.
15

16                                                  **SO ORDERED**

17

18                                                  UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28