Will Kemp, Esq. (#1205)
a.hayslett@kempjones.com
Nathanael R. Rulis, Esq. (#11259)
n.rulis@kempjones.com
KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: (702) 385-6000
Fax: (702) 385-6001
*Attorneys for Executive Home Builders Inc.,
Executive Homes Inc., and EHB Companies LLC*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PECCOLE-NEVADA CORPORATION, *et al.*, <br><br> Plaintiffs, <br> vs. <br><br> AMERICAN HOME ASSURANCE COMPANY, <br><br> Defendant. | Case No. 2:18-cv-00791-JCM-VCF <br><br> **STIPULATION FOR EXTENSION OF TIME TO FILE OPPOSITION TO AMERICAN HOME'S MOTION TO TRANSFER TO THE SOUTHERN DISTRICT OF NEW YORK [DKT. NO. 30]** <br><br> (consolidated with) |
| QT MANAGEMENT, *et al.*, <br><br> Plaintiffs, <br> vs. <br><br> AMERICAN HOME ASSURANCE COMPANY, <br><br> Defendant. | Case No. 2:18-cv-00832-APG-GWF |
| EXECUTIVE HOME BUILDERS INC., *et al.*, <br><br> Plaintiffs, <br> vs. <br><br> AMERICAN HOME ASSURANCE COMPANY; *et al.*, <br><br> Defendants. | Case No. 2:18-cv-00856-GMN-CWH |

KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Tel. (702) 385-6000 • Fax: (702) 385-6001
kjc@kempjones.com

Plaintiffs Executive Home Builders Inc., Executive Homes, Inc., and EHB Companies, LLC (collectively, the "EHB Entities") and Defendant American Home Assurance Company ("American Home"), by and through their respective counsel, hereby stipulate as follows:

1. On June 22, 2018, American Home filed a Motion to Transfer to the Southern District of New York or, in the Alternative, to Stay this Action Pending Resolution of a More Complete Action Pending in New York ("Motion") (Dkt. No. 30) and served a copy on the EHB Entities.

2. The deadline to respond to American Home's Motion to transfer is July 6, 2018. However, American Home recently stipulated with QT Management and IDB Group USA Investments (collectively, "IDB Parties") for an extension of time to file their Response through July 16, 2018 (Dkt. No. 38). To align the briefing schedule for the parties, the EHB Entities request a similar extension of time to file their Response to American Home's Motion through July 16, 2018. Additionally, as previously stipulated by the IDB Parties and American Home, American Home shall reply to the EHB Entities' Response within fourteen (14) days after service of the response.

3. This is the first stipulation for extension of time for the EHB Entities to file a Response to American Home's Motion.

**NOW, THEREFORE,** it is hereby agreed by counsel for the undersigned parties, subject to the approval of the Court, that the EHB Entities shall file any Response to the Motion to Transfer on or before **July 16, 2018**. American Home shall then file any reply to the EHB Entities' Response within fourteen (14) days after service of the response.

[*Signatures on following page*]

KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Tel. (702) 385-6000 • Fax: (702) 385-6001
kjc@kempjones.com

IT IS SO STIPULATED.

DATED this  5th  day of July, 2018

HELM & ASSOCIATES

*/s/ Kevin Helm*
Kevin E. Helm, Esq. (#3432)
2330 Paseo Del Prado, Suite C103
Las Vegas, NV 89102
(702) 258-0022
KevinH@helmandassociates.net
*Attorneys for*
*American Home Assurance Company*

DATED this  5th  day of July, 2018

KEMP, JONES & COULTHARD, LLP

*/s/ Nathanael Rulis*
Will Kemp, Esq. (#1205)
Nathanael R. Rulis, Esq., (#11259)
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, NV 89169
(702) 385-6000
n.rulis@kempjones.com
*Attorneys for Respondents*
*Executive Home Builders, Inc., Executive Homes, Inc., and EHB Companies, LLC*

DATED July 6, 2018.

**SO ORDERED**

UNITED STATES DISTRICT JUDGE

-3-