UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PECCOLE-NEVADA CORPORATION, *et al.*,<br><br>　　　　　　Plaintiffs,<br>　　v.<br>AMERICAN HOME ASSURANCE COMPANY,<br>　　　　　　Defendant. | Case No. 2:18-cv-00791-JCM-VCF<br><br>ORDER CONSOLIDATING CASES |
| QT MANAGEMENT, *et al.*,<br><br>　　　　　　Plaintiffs,<br>　　v.<br>AMERICAN HOME ASSURANCE COMPANY,<br>　　　　　　Defendant. | Case No. 2:18-cv-00832-JCM-VCF |
| EXECUTIVE HOME BUILDERS, INC., *et al.*,<br><br>　　　　　　Plaintiffs,<br>　　v.<br>AMERICAN HOME ASSURANCE COMPANY, *et al.*,<br>　　　　　　Defendants. | Case No. 2:18-cv-00856-JCM-VCF |
| AMERICAN HOME ASSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br>　　v.<br>QUEENSRIDGE TOWERS LLC, *et al.*,<br>　　　　　　Defendants. | Case No. 2:19-cv-00056-MMD-NJK |

Case No. 2:19-cv-00056-MMD-NJK comes before the Court upon Respondents Peccole Nevada Corp. and Queensridge Highrise LLC's notice of related case. (ECF No. 126.) The Court previously consolidated three similar cases (Case No. 2:18-cv-00791-JCM-VCF, Case No. 2:18-cv-00832-JCM-VCF, and Case No. 2:18-cv-00856-JCM-VCF), with Case No. 2:18-cv-00791-JCM-VCF serving as the lead case.

Courts may consolidate actions that involve common questions of law or fact. Fed. R. Civ. P. 42(a). The district court has broad discretion over whether to order consolidation, and in doing so, "weighs the saving of time and effort consolidation would produce against any inconvenience, delay, or expense that it would cause." *Huene v. United States*, 743 F.2d 703, 704 (9th Cir. 1984). "The court may make a determination to consolidate actions sua sponte." LR 42-1(b).

The judges to whom these actions are assigned have reviewed the cases and, exercising their discretion, the undersigned judges find that consolidation of these actions would aid in the efficient disposition of these cases.

It is therefore ordered that Case No. 2:19-cv-00056-MMD-NJK is consolidated with Case No. 2:18-cv-00791-JCM-VCF, Case No. 2:18-cv-00832-JCM-VCF, and Case No. 2:18-cv-00856-JCM-VCF are consolidated, with Case No. 2:18-cv-00791-JCM-VCF continuing to serve as the lead case. All further filings in these cases must be filed in the lead case.

It is further ordered that Case No. 2:19-cv-00056-MMD-NJK is reassigned to District Judge James C. Mahan and Magistrate Judge Cam Ferenbach for all further proceedings. All further filings must bear the Case No. 2:19-cv-00056-JCM-VCF.

DATED THIS 14th day of January 2019.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE