James C. Mahan
U.S. District Judge

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PECCOLE-NEVADA CORPORATION, et al., | Case No. 2:18-V-791 JCM (VCF) |
| Plaintiff(s), | ORDER |
| v. | |
| AMERICAN HOME ASSURANCE COMPANY, | |
| Defendant(s). | |

Presently before the court is the matter of *Peccole-Nevada Corporation et al v. American Home Assurance Company,* case number 2:18-cv-00791-JCM-VCF.

In light of the parties' notice of global settlement (ECF No. 50), the court will deny petitioners Peccole-Nevada Corporation ("Peccole") and Queensridge Highrise LLC's ("Queensridge") motion to stay arbitral proceedings (ECF No. 7), respondent American Home Assurance Company's ("AHAC") motion to stay (ECF No. 16), and AHAC's motion to transfer venue (ECF No. 30), without prejudice to the parties' ability to renew their motions should the settlement not materialize.

Accordingly,

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the parties shall submit a joint status report or notice of dismissal to the court within sixty (60) days of the date of this order. Failure to submit a joint status report or notice of dismissal may result in dismissal of this case.

DATED February 4, 2019.

_____
UNITED STATES DISTRICT JUDGE