1    RAMIRO MORALES, #7101
2    rmorales@mfrlegal.com
     MARC J. DEREWETZKY, #6619
3    mderewetzky@mfrlegal.com
     MORALES FIERRO & REEVES
4    600 S. Tonopah Dr., Suite 300
     Las Vegas, NV 89106
5    Telephone:  (702) 699-7822
     Facsimile:  (702) 699-9455
6
     Attorneys for Plaintiffs/Defendants QT MANAGEMENT;
7    IDB GROUP USA INVESTMENTS;
     and QUEENSRIDGE TOWERS, LLC
8
9                 UNITED STATES DISTRICT COURT
10                 FOR THE DISTRICT OF NEVADA

11   PECCOLE-NEVADA CORPORATION, et al.,  )   CASE NO.: 2:18-CV-00791-JCM-VCF
12                        Plaintiffs,     )   (Consolidated with)
                                          )
13           vs.                          )   CASE NO.:  2:18-CV-00832-APG-GWF
                                          )   CASE NO.:  2:18-CV-00856-GMN-CWH
14   AMERICAN HOME ASSURANCE              )   CASE NO.:  2:19-CV-00056-MMD-NJK
     COMPANY,                             )
15                                        )   **STIPULATION OF DISCONTINUANCE**
                                          )
16                        Defendant.      )
                                          )
17   ──────────────────────────────────  )
                                          )
18   QT MANAGEMENT, et al.                )
                                          )
19                        Plaintiffs,     )
                                          )
20           vs.                          )
                                          )
21   AMERICAN HOME ASSURANCE              )
     COMPANY,                             )
22                                        )
                                          )
23                        Defendant.      )
                                          )
24   ──────────────────────────────────  )
     EXECUTIVE HOME BUILDERS, INC., et al. )
25                                        )
                         Plaintiffs,      )
26           vs.                          )
                                          )
27   AMERICAN HOME ASSURANCE              )
     COMPANY, et al.                      )
28                                        )
                         Defendants.      )

─────────────────────────────────────────────────────────────────
                                1

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY, | ) ) ) |
| Plaintiff | ) ) ) |
| vs. | ) ) ) |
| QUEENSRIDGE TOWERS LLC, et al. | ) ) ) |
| Defendants. | ) ) ) |

**WHEREAS** no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not represented by the signatories hereto has an interest in the subject matter of the action;

**IT IS HEREBY STIPULATED AND AGREED**, by and among counsel for all of the parties hereto, that this action is hereby dismissed with prejudice, with each party to bear its own costs and attorney's fees.

Dated:  April 30, 2019

Attorneys for QT MANAGEMENT and
IDB GROUP USA INVESTMENTS

*/s/ Marc J. Derewetzky*
Ramiro Morales (#7101)
Marc J. Derewetzky (#6619)
MORALES FIERRO & REEVES
600 So. Tonopah Drive, Suite 300
Las Vegas, NV  89106
Telephone:  (702) 699-7822

Dated:  May 2, 2019

Attorneys for AMERICAN HOME
ASSURANCE COMPANY

*/s/ Jeffrey N. Labovitch*
Jeffrey N. Labovitch

Jeffrey N. Labovitch (NBN:  10915)
NICOLAIDES FINK THORPE
MICHAELIDES SULLIVAN LLP
4365 Executive Drive, Suite 950
San Diego, CA  92121
Telephone:  (858) 257-0703
Facsimile:   (858) 257-0701

1

2

3

Kevin E. Helm (NBN:  3432)
HELM & ASSOCIATES
2330 Paseo Del Prado, Suite C103
Las Vegas, NV  89102
Telephone:  (702) 258-0022
Facsimile:  (702) 258-0114

4

5

6

7

Adam J. Kaiser (*pro hac vice*)
ALSTON & BIRD LLP
90 Park Avenue
New York, NY  10016
Telephone:  (212) 210-9400
Facsimile:  (212) 210-9444

8

9

10

Dated:  May 2, 2019

Attorneys for EXECUTIVE HOMES, INC.,
EHB COMPANIES LLC, EXECUTIVE
HOMES BUILDERS INC.

11

12

13

14

*/s/ Nathanael R. Rulis*
Nathanael R. Rulis
Will Kemp
KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, NV  89169
Tel: (702) 385-6000

15

16

17

Dated:  May 2, 2019

Attorneys for PECCOLE-NEVADA
CORPORATION and QUEENSRIDGE
HIGHRISE LLC

18

19

20

21

*/s/ Michael C. Mills*
Michael C. Mills
BAUMAN LOEWE WITT &
MAXWELL, PLLC
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV  89130

22

23

24

Donald H. Williams
Drew. J. Starbuck
WILLIAMS & ASSOCIATES
612 So. Tenth Street
Las Vegas, NV 89101

25

IT IS SO ORDERED.

26

Dated: May 8, 2019.

_____
U.S. DISTRICT JUDGE JAMES C. MAHAN

27

28

STIPULATION OF DISCONTINUANCE

CASE NO.:  2:18-cv-00791-JCM-VCF